# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

**FILED**
**06/21/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Jared Mynatt_

v.

(Full name of defendant(s))

_Dennis Reagle_

Case Number:
2:23-cv-309-MPB-MG

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Indiana_, and is located at
   (State)

   _W.V.C. P.O # 1111 Carlisle Ind 47838_
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Dennis Reagle Et Al_
   (Name)

(Defendants)

D. Reagle
M. Bryant
C. Conyers
Sgt. Commander
c/o Sidwell
Nurse Heather
Nurse Kathy

is (if a person or private corporation) a citizen of _Indiana_
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Pendleton Corr. Facility 4490 W. Reformatory Rd 46064_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

_(See Attachment)_

Sec. 4(B) (Statement of Claim)

On or about Sept 29, 2020 Plaintiff, while being transported to Court was subjected to Inadequate care and cruel and unusual punishment by Sgt. Commander and Ofc. Sidwell. Sgt. Commander was driving a vehicle with a malfunctioning speedometer. There was a vehicle collision, Plaintiff immediately complained of pain, my head had severe swelling, a clearly visible knot, as well as back and neck pain. Plaintiff was laughed at and ridiculed by Ofc Sidwell "who stated" Yeah me too right", like plaintiff was joking about the injuries. Plaintiff restated the complaint and injuries to both Sgt. Commander and Ofc. Sidwell, to which Sgt Commander replied to plaintiff, "You'll have to suffer". Ofc. Sidwell while reporting the incident to facility staff refused to report plaintiffs injuries to his superiors at Pendleton Corr. Facility. Due to plaintiffs injuries and lack of medical care, plaintiff had to be almost carried into a court hearing, because plaintiff could not stand up due to pain, dizziness and possible concussion. Upon returning to P.C.F plaintiff again requested medical attention, I was told "no" by both Sgt Commander and Ofc. Sidwell

Later that day Sgt Matlock (I believe was his name reported my request for medical attention to

(4)

Sec. 4(B) (Statement of claim)

another senior staff member, who acknowleged plaintiffs clearly visible head wound, and got plaintiff to medical staff. Plaintiff was seen by Nurse Heather (I believe was her name) who refused to do any basic physical or check for a possible concussion or even have plaintiff placed on 24hr monitoring. Nurse Heather told plaintiff to put a Hot rag on his head. On or about Sept 30, 2020 plaintiff attempted to speak with nurse Kathy, due to plaintiff injuries from the previous day plaintiff was exspirencing extreme pain, nausea and dizziness. After visually seeing plaintiff and acknowledging who plaintiff was nurse Kathy walked away and refused to acknowledge plaintiffs complaint and need of immediate treatment. Plaintiff was also found unconcious and unresponsive in his cell on or about Sept 29, 2020, Sgt Shaw was involved as well as nurse Joni Woods, who refused to assist plaintiff after noticing head trauma and plaintiff bleeding from his mouth and nose.

Plaintiff submitted a grievance to C.Conyers got no response, 10 days later requested a response from C.Conyers. Got none, Plaintiff wrote both Dennis Reagle and Maggie Bryant advising them of the whole situation, Got no reply from either.

(5)

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Any and all allowable by law

Complaint - 6

(6)

E.  JURY DEMAND

☑  Jury Demand – I want a jury to hear my case
         OR

☐  Court Trial – I want a judge to hear my case

Dated this __16__ day of __June__ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

__120001__
Plaintiff's Prisoner ID Number

__W.V.C.F #1111 Carlisle Ind 47838__

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

Complaint - 7

(7)

## FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

