UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JARED MYNATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00309-MPB-MG |
| | ) |
| DENNIS REAGLE, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITH PREJUDICE**.

Date: June 6, 2024

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JARED MYNATT
12001
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838